# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00448-CR

**Arthur William Montgomery, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 06-1010-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State has filed a motion to permanently abate this appeal because of the death of appellant. *See* Tex. R. App. P. 7.1(a)(2). The motion is supported by a copy of appellant's death certificate.

The State's motion is granted, and the appeal is permanently abated. Counsel's motion for leave to file a brief exceeding the page limit is dismissed.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Permanently Abated

Filed:   November 30, 2007

Do Not Publish